UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDGARS DELIVERY, LLC,<br>　　　　　　　　Plaintiff, | :<br>:<br>: |
| v. | :   No.  5:24-cv-6398<br>: |
| FEDEX GROUND PACKAGE SYSTEMS, INC.<br>and PSI LOGISTICS INC.,<br>　　　　　　　　Defendants. | :<br>:<br>: |

**O R D E R**

**AND NOW**, this 17th day of April, 2025, upon consideration of Plaintiff's Motion to Remand, filed December 23, 2024, ECF No. 8, and upon consideration of Defendant FedEx Ground Package Systems, Inc.'s Motion to Dismiss, filed January 2, 2025, ECF No. 12, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion to Remand, ECF No. 8, is **GRANTED**;

2. This matter is **REMANDED** to the Court of Common Pleas of Philadelphia County; and

3. Defendant FedEx Ground Package Systems, Inc.'s Motion to Dismiss, ECF No. 12, is **DISMISSED as moot**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge